UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAYLON HARRIS,

      Plaintiff,

    v.

LAWRENCE #do1,

      Defendant.

Case No. 3:23-cv-04005-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on a motion to proceed *in forma pauperis* (Doc. 2). The Plaintiff filed their motion on December 21, 2023. On December 21, 2023, Caylon Harris filed a complaint alleging that he was filming in a courthouse lobby when he was approached by an officer and told no filming was allowed. Caylon alleges that when he refused the request to stop filming that he was subject to excessive force.

A federal court may permit an indigent party to proceed without pre-payment of fees. 28 U.S.C. § 1915(a)(1).  Nevertheless, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious or fails to state a claim.  28 U.S.C. § 1915(e)(2)(B)(i) & (ii).  The test for determining if an action is frivolous or without merit is whether the plaintiff can make a rational argument on the law or facts in support of the claim.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller,* 708 F.2d 1241, 1247 (7th Cir. 1983).  An action fails to state a claim if it does not plead "enough facts to state a claim to relief that is plausible on its face."  *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  When assessing a petition to proceed *in forma pauperis,* a district court should inquire into the merits of the plaintiff's claims, and if the court finds them to be frivolous, it should deny

leave to proceed *in forma pauperis*. *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

The Court is satisfied from Harris's affidavit that he is indigent.  The Court further finds that the action is not clearly frivolous or malicious and does not fail to state a claim. Accordingly, the Court **GRANTS** the motion for leave to proceed *in forma pauperis* (Doc. 2). The Court **DIRECTS** the Clerk of Court to send the plaintiff a sufficient number of blank summons forms and USM-285 forms along with this order.

If the plaintiff wishes the United States Marshal Service to serve process in this case, the Court also **DIRECTS** the Plaintiff to provide to the United States Marshal Service the summons issued in this case, the appropriately completed USM-285 forms, and sufficient copies of the complaint for service.

**IT IS SO ORDERED.**
**DATED:  January 23, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**